IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 24- |
| v. | : | DATE FILED: November 7, 2024 |
| RYAN STENWICK | : | VIOLATIONS: 18 U.S.C. § 2261A(2) (cyberstalking – 1 count) |
| | : | 18 U.S.C. § 2261A(1) (stalking – 2 counts) 18 U.S.C. § 844(h) (use of fire in commission of a federal felony - 1 count) |
| | : | 18 U.S.C. § 2 (aiding and abetting) |

## INDICTMENT

## COUNT ONE

**THE GRAND JURY CHARGES THAT:**

From on or about April 8, 2020 to on or about July 11, 2020, in the Eastern District of Pennsylvania and elsewhere, defendant

**RYAN STENWICK,**

with the intent to harass and intimidate, used an interactive computer service, an electronic communication service, and a facility of interstate and foreign commerce, to engage in a course of conduct, including but not limited to swatting, distributing nude images, and forcing K.M. to commit various depraved acts on video, and aided and abetted such conduct, that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to victim K.M, and as a result of such conduct serious and life-threatening bodily injury resulted, and such conduct caused K.M. to engage in a sexual act by threatening and placing K.M. in fear.

In violation of Title 18, United States Code, Sections 2261A(2)(B), 2261(b)(2), 2261(b)(3), 2261(b)(4), 2242(1), and 2.

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 18, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

## RYAN STENWICK

and others, aided, abetted, counseled, commanded, and induced Patrick McGovern-Allen, charged elsewhere, and Juvenile 1, a person known to the grand jury, to travel in interstate commerce from New Jersey to Abington Township, Pennsylvania, with the intent to harass and intimidate another person, A.R., a juvenile, and in the course of and as a result of such travel caused substantial emotional distress to A.R. and placed a member of A.R.'s immediate family in reasonable fear of death or serious bodily injury, and the defendant aided and abetted the use of a dangerous weapon during the offense.

In violation of Title 18, United States Code, Sections 2261A(1), 2261(b), and 2261B, and 2.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 18, 2021, in the Eastern District of Pennsylvania and elsewhere, defendant

**RYAN STENWICK**

and others, knowingly aided, abetted, counseled, commanded, and induced the use of fire, to commit stalking, in violation of Title 18, United States Code, Sections 2261A(1), 2261(b) and 2261B, a felony prosecutable in a court of the United States, as charged in Count Two of this Indictment.

In violation of Title 18, United States Code, Sections 844(h)(1) and 2.

## COUNT FOUR

THE GRAND JURY FURTHER CHARGES THAT:

On or about January 2, 2022, in the Eastern District of Pennsylvania and elsewhere, defendant

### RYAN STENWICK

and others, aided, abetted, counseled, commanded, and induced Patrick McGovern-Allen, charged elsewhere, and Juvenile 1, to travel in interstate commerce from New Jersey to Westtown-East Goshen Township, Pennsylvania, with the intent to harass and intimidate another person, K.M., and in the course of and as a result of such travel placed K.M. and others in reasonable fear of death or serious bodily injury, and the defendant aided and abetted the use of a dangerous weapon during the offense.

In violation of Title 18, United States Code, Sections 2261A(1), 2261(b), and 2.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JACQUELINE C. ROMERO**
**United States Attorney**

No._____

## UNITED STATES DISTRICT COURT

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

RYAN STENWICK

INDICTMENT
Counts

**18 U.S.C. § 2261A(2) (cyberstalking - 1 count)**
**18 U.S.C. § 2261A(1) (stalking – 2 counts)**
**18 U.S.C. § 844(h) (use of fire in commission of a federal felony - 1 count)**
**18 U.S.C. § 2 (aiding and abetting)**

A true bill.

_____
Foreperson

Filed in open court this ___7th___ day,
Of __November__ A.D. 20 _24_
_____Caitlin Hennessy_____
Foreperson

Bail, $_____