IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 24 |
| RYAN STENWICK | : | |

## ORDER FOR BENCH WARRANT

AND NOW, this 7th day of November, 2024, on motion of Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, it is ORDERED that a bench warrant be issued for the arrest of the defendant in the above-captioned case.

BY THE COURT:

_____
HONORABLE JOSE R. ARTEAGA
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA    :

v.    :    CRIMINAL NO. 24-

RYAN STENWICK    :

MOTION FOR BENCH WARRANT

AND NOW, this 7TH day of November 2024, Jacqueline C. Romero, United States Attorney for the Eastern District of Pennsylvania, and Anthony J. Carissimi, Assistant United States Attorney move the Court for the allowance of a bench warrant in the above-entitled case directed to the United States Marshal, Eastern District of Pennsylvania, or any other United States Marshal or officer authorized to execute same.

Respectfully submitted,

JACQUELINE C. ROMERO
United States Attorney

/s/ *ANTHONY J. CARISSIMI*
Anthony J. Carissimi
Assistant United States Attorney