AO 442 (Rev. 11/11) Arrest Warrant    ATF

# UNITED STATES DISTRICT COURT
for the

Eastern District of Pennsylvania

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| RYAN STENWICK | ) | Case No. 24cr407 |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   RYAN STENWICK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
   18:2261A(2) - CYBERSTALKING - 1 COUNT
   18:2261A(1) - STALKING - 2 COUNTS
   18:844(h) - USE OF FIRE IN COMMISSION OF A FEDERAL FELONY - 1 COUNT
   18:2 - AIDING AND ABETTING

Date:   11/08/2024

/s/ KEVIN EIBEL, SUPERVISOR
*Issuing officer's signature*

City and state:   PHILA, PA.

GEORGE WYLESOL, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*

# INFORMATION SHEET
*DO NOT REMOVE FROM TOP OF FILE*

UNITED STATES OF AMERICA  :  FILE NO. 2024R00384

v.  :  CRIMINAL NO. 24- cr - 407

RYAN STENWICK  :  DESCRIPTION OF VIOLATION AS PER INDICTMENT:

18 U.S.C. § 2261A(2) (cyberstalking - 1 count)
18 U.S.C. § 2261A(1) (stalking – 2 counts)
18 U.S.C. § 844(h) (use of fire in commission of a federal felony - 1 count)
18 U.S.C. § 2 (aiding and abetting)

| Field | Value |
|---|---|
| Defendant's current address | 175 Althea Street, West Springfield, Mass |
| Place of detention | N/A |
| Federal or local custody | N/A |
| Register number | N/A |
| Date of birth/PPD Photo number | 8/27/2000 |
| Date of commitment on instant federal charges | N/A |
| Reason(s) for detention | N/A |

Interpreter needed  ☑ no   ☐ unknown   ☐ yes - specify language or dialect:

Amount of bail   ☑ set   ☐ posted   ☐ recommended   ☐ N/A

Name and address of bondsman: N/A / N/A / N/A

Name and address of defendant's attorney: Kevin Murphy, Esquire

Telephone / fax number:

Assistant U.S. Attorney(s) assigned to case: Anthony J. Carissimi

Case agent's name: Special Agent Ned Conway, FBI
EEConway@fbi.gov; 215-738-9074

Agency: ATF

*(continued on reverse side)*

| | |
|---|---|
| *All notices should be sent to:* | Chief, Criminal Division<br>United States Attorney's Office<br>One Independence Mall - Suite 1250<br>615 Chestnut Street<br>Philadelphia, PA 19106-4476 |

*Prior docket information:*
Docket No. __N/A__   *Magistrate Judge* __N/A__
  Date __N/A__

*Related indictments, docket numbers, and defendants:*
US v. Patrick McGovern-Allen (docket no 2:22-cr-00288)

**Mandatory Minimum Charged:** *Yes, if at least one count, or No:*  ☐ NO  ☑ YES

**Statutory Minimum Mandatory Time** *(in years):* __10__

*Maximum sentence: {list maximum sentence for each count separately}*

Count One – The maximum penalty for violating the cyberstalking statute in this case is based on 18 USC 2261(b)(4), 18 U.S.C. 2261A, 2261(b) shall be fined under this title and imprisoned for any term of years or for life.

Count Two: The maximum penalty for violating 18 U.S.C § 2261A(1) is 15 years' imprisonment because a dangerous weapon was used and the victim was a juvenile, 3 years of supervised release, a fine up to $250,000, a $100 special assessment and restitution.

Count Three: The maximum penalty for violating 18 U.S.C § 2261A(1) is a mandatory minimum 10 years' imprisonment, 3 years of supervised release and a $100 special assessment.

Count Four: The maximum penalty for violating 18 U.S.C § 2261A(1) is 10 years' imprisonment because a dangerous weapon was used, 3 years of supervised release, a fine up to $250,000, a $100 special assessment and restitution.

Total Maximum: Life Imprisonment, 3 years supervised release, a fine of $750,000 and $300 special assessment