# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br> v.<br><br>RYAN STENWICK,<br><br>    Defendant. | Case No. 24-mj-03161-KAR |

## MOTION TO SEAL

The United States of America, by its undersigned attorneys (the "Government"), respectfully moves this Court to seal the following exhibits that were moved into evidence at defendant Ryan Stenwick's detention hearing on December 5, 2024, and the single exhibit accompanying the Declaration of Special Agent Conway in Support of Pretrial Detention until further order of this Court. In support of this motion, the Government states that sealing is warranted for three principal reasons.

First, many of the exhibits contain personal information about victims who were specifically targeted because their personal information became available to members of the Com. The exhibits submitted at the detention hearing and included with Special Agent Conway's declaration include names, phone numbers, addresses, and online monikers that, if filed publicly, would put the victims at risk of continued targeting for criminal conduct by the defendant's criminal organization.

Second, the exhibits contain sensitive information — specifically, information about juveniles and a video that depicts the sexual exploitation of a young woman. Some of the exhibits contain sexually graphic messages in which the defendant expresses his desire to rape underage

girls, and they also include that girl's true identity, her contact information, and information about her family. Protecting the identity of juvenile victims is particularly important and their information must be handled with particular care. Sealing is therefore appropriate.

Finally, the exhibits contain information regarding this ongoing investigation, including monikers and identifiers of individuals who have not been charged and personal identifying information of law enforcement officers who have investigated this group. In the past, members of law enforcement whose personal information is made available to the group have been subject to retribution in the form of harassing phone calls and swatting attacks. It is therefore appropriate that these exhibits be filed under seal.

Specifically, the Government respectfully requests that the following documents be filed under seal:

| Govt. Exhibit Number | Contents | When Offered as Evidence |
|---|---|---|
| 1 | Approx 50 minute video of Stenwick forcing K.M. to commit self-harm and sexual acts | Detention Hearing |
| 2 | Transcript of video (GX 1) | Detention Hearing |
| 3 | Video of residence firebombing | Detention Hearing |
| 4 | Video of residence shooting | Detention Hearing |
| 6 | Excerpt from search warrant affidavit containing statements of the defendant and others | Detention Hearing |
| 7 | Note recovered from Stenwick's iCloud | Detention Hearing |
| 8 | FBI FD-26 Consent to Search executed by Stenwick | Detention Hearing |
| 9 | Chat between Stenwick and L.A. | Detention Hearing |
| 11 | Chat regarding middle school girls | Detention Hearing |
| 12 | Signal chat | Detention Hearing |
| 13 | Screenshot of chat targeting J.C. | Detention Hearing |
| 14 | E-Mail from Special Agent Conway detailing search terms recovered from Stenwick's phone | Detention Hearing |
| 15 | Police reports related to swatting of L.A. | Declaration of SA Conway in Support of Pretrial Detention |

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By: *Steven H. Breslow*
STEVEN H. BRESLOW
Assistant U.S. Attorney
(413) 785-0330
steve.breslow@usdoj.gov

Dated: December 10, 2024